BEFORE THE FIRST DIVISION, JUNE 9, 1949

No. 53238.—Norellis, Inc. v. United States, protest 140589–K (New York).

Opinion by OLIVER, C. J. The record disclosed that the involved items together with certain glassware were contained in case 91 appearing on the invoice herein. This particular case was not designated for examination and the appraiser advisorily classified all the merchandise therein as illuminating articles in chief value of glass, whereas the case contained certain items of furniture. On the record presented it was held that the items described as cabinets in case 91 are properly dutiable as claimed. The protest was sustained to this extent.

No. 53239.—Dr. F. Jonas Co. and Magnus, Mabee & Reynard, Inc. v. United States, protests 146005–K and 146031–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in Roche-Organon v. United States (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

No. 53240.—Miles Laboratories, Inc. v. United States, protest 138663–K (San Francisco).

Opinion by COLE, J. It was stipulated that the merchandise consists of sheep gall the same in all material respects as the substance passed upon in G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.